LRW/pr
2-1-06
#987

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:                                                         CASE NO. 96-70669

JAMES STEWART HAMILTON

DEBTOR


JAMES STEWART HAMILTON                                                PLAINTIFF


VS:                                                            ADV. NO. 05-7150


ALICIA HAMILTON HERR, ET. AL.,
                                                                    DEFENDANTS


**MEMORANDUM OPINION AND ORDER**

_____

The Defendants have filed a Motion For Abstention which this Court is treating as a Motion To Dismiss. The Defendants have asserted that the *Rooker-Feldman* doctrine applies in the instant situation and that this Court lacks jurisdiction to engage in appellate review of a state court proceeding, in this case a state court action in which the Defendant, Alicia Hamilton Herr, represented by the Defendants, Attorneys Webster and Goodman are attempting to collect a final Judgment of the Pike Circuit

Court appealed to the Court of Appeals on a claim which the Plaintiff's say was discharged in bankruptcy.

*Stemler v. Florence*, 350 F. 3d 578, 589 (6th Cir., 2003) quoting *Hutcherson v. Lauderdale County*, 326 F. 3d 747 (6th Cir., 2003) provides guidelines to determine the applicability of the *Rooker-Feldman* doctrine.  The fundamental and appropriate question is whether the injury alleged by the federal Plaintiff here resulted from the state court Judgment itself or is distinct from that Judgment.  It is clear that the injury alleged by the Plaintiff herein resulted from the state court Judgment and thus *Rooker-Feldman* directs that the lower Federal Courts lack  jurisdiction.

Based upon the foregoing **IT IS HEREBY ORDERED** that the Motion To Dismiss is **SUSTAINED**.  This matter is dismissed.  This is a final appealable Order and there is no just reason for delay.

Pursuant to KYEB LBR 9022-1, Defendants' Attorney will serve a copy of this order on any party designated to receive a copy of this order- that was not served by the Court's ECF e-mail system-and will file with the Court

within 10 days a Certificate of Service of the order documenting that service of the order was completed and the manner of service.

Copies to be served on:

John Thomas Hamilton
201 W. Short Street
Lexington, Kentucky 40507
Counsel for Plaintiff

/s/ Lawrence R. Webster
**WEBSTER LAW OFFICES**
P.O. DRAWER 712
PIKEVILLE, KENTUCKY 41502
ATTORNEY FOR DEFENDANTS

3

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Thursday, February 02, 2006
(wsh)**